

# Fourth Court of Appeals
## San Antonio, Texas

February 11, 2015

No. 04-14-00288-CR

Ricardo Roger **MORALES**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 13-1384-CR-A
William Old, Judge Presiding

## O R D E R

Appellant's pro se brief is not due until February 20, 2015. On February 3, 2015, appellant filed a pro se motion asking for a seventy-five-day extension. Appellant's motion does not indicate whether he is aware of the current February 20, 2015 deadline.

The motion is GRANTED, and it is ORDERED that appellant file his brief <u>no later than May 6, 2015</u>. **NO FURTHER EXTENSIONS WILL BE CONSIDERED OR GRANTED.**

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of February, 2015.

_____
Keith E. Hottle
Clerk of Court